**Exhibit** 1



CENTER FOR DIGITAL INCLUSION
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

August 13, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 8 - Advanced Google Sheets & PDFs** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**The University of Kansas**

January 30, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Motoain

For successfully completing **Phase 1 - Technology for Employment** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

**February 27, 2025**

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 2 - Online Personal Branding** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



June 11, 2025

**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 3 - Professional Writing** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.

**KU CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

March 13, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 4 - Advanced Excel** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

May 22, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 6 - Advanced Digital Storytelling** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



April 03, 2025

The University of Kansas

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 7 - Business Communications** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

**October 28, 2025**

# Certificate of Completion

This certificate is awarded to

# Racheal Matoian

For successfully completing **Phase 10 - Coding: Python Programming** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

The University of Kansas

April 24, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 12 - Personal and Professional Development Skills** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.



**CENTER FOR DIGITAL INCLUSION**
WILLIAM ALLEN WHITE SCHOOL OF
JOURNALISM & MASS COMMUNICATIONS

**The University of Kansas**

April 10, 2025

# Certificate of Completion

This certificate is awarded to

## Racheal Matoian

For successfully completing **Phase 13 - Professional Interviews** of our digital education program offered by the Center for Digital Inclusion in the William Allen White School of Journalism and Mass Communications at the University of Kansas.

This project is in part supported by the National Science Foundation.