

Exhibit ___2___

**Re: Letter of Support for Racheal Matoian**

Dear Honorable Judge,

I am writing this letter on behalf of Racheal Matoian, with whom I have had the opportunity to work closely with, in my role as the Intersection to Care Resource Liaison at the Shawnee County Jail. In this capacity, I have had numerous interactions with Racheal and have observed firsthand the progress she has made during her time in our facility.

Racheal has demonstrated a genuine commitment to positive change. She is actively involved in many of the programs we offer at the jail and engages with them in a meaningful way. Her participation goes beyond mere attendance, she applies the material and often encourages her peers to do the same.

One of the most noteworthy aspects of Racheal's behavior is her willingness to support others. She is respectful, helpful, and consistently conducts herself in a way that promotes a constructive environment among the other women in the facility. Her peers often look to her for guidance and encouragement, and she has become a positive influence within the jail community.

While I recognize that Ms. Matoian has made mistakes in the past, I can attest to the growth and sincere effort she has shown toward becoming a better version of herself. I believe she has the potential to be a contributing member of society and is working diligently toward that goal.

Thank you for your time and consideration of this letter. Please feel free to contact me if you need any additional information.

Sincerely,

*Jodi Whitt*
*ITC Resource Liaison*
*Valeo Behavioral Health Care*
*400 SW Oakley Ave Topeka, KS 66606*
*jwhitt@valeotopeka.org*

○ 5401 SW Seventh * Topeka, Kansas 66606
Phone 785.273.2252 * Fax: 785.273.2736

○ 330 SW Oakley * Topeka, Kansas 66606
Phone 785.233.1730 * Fax: 785.233.0085

**24 HOUR CRISIS LINE**
**234-3300**

○ 2401 SW Sixth * Topeka, Kansas 66606
Phone 785.357.0580 * Fax: 785.233.1450

○ 400 SW Oakley * Topeka, Kansas 66606
Phone 785.783.7599 * Fax: 785.354.1068